776-15  777-15  778-15
779-15

IN THE

ORIGINAL

COURT OF CRIMINAL APPEALS

AT AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 27 2015

Abel Acosta, Clerk

REGINAL KEITH PINK,
Petitioner

v.

THE STATE OF TEXAS,
Respondent

FILED IN
COURT OF CRIMINAL APPEALS

AUG 27 2015

Abel Acosta, Clerk

From the 5th Court of Appeals, Cause Nos:
05-14-00877-CR, 05-14-00878-CR, 05-14-00879-CR, 05-14-00880-CR;

From the 283rd Judicial District Court, Cause Nos:
F09-55346-T, F13-60732-T, F13-60733-T, F13-721123-T, the Honorable
Judge Rick Magnis , presiding

PETITION FOR DISCRETIONARY REVIEW

Reginald Keith Pink, Pro Se
TDCJ# 1938997 McConnell Unit
3001 S. Emily Dr.
Beeville, Texas 78102-8583
361.362.2300 (ph.)
361.362.3011 (fax)

ORAL ARGUMENT REQUESTED

TABLE OF CONTENTS

Table of Contents                                                    i

Index of Authorities                                                ii

Statement Regarding Oral Argument                                  iii

Statement of the Case                                              iii

Procedural History                                                   1

Ground For Review No. 1                                              1
        The Court of Appeals erroneously affirmed petitioner's
        conviction holding that the Anders brief represents a
        professional evaluation of the appellate record...

Ground For Review No. 2                                              2
        The Court of Appeals erred in denying multiple pro se
        requests for evidentiary hearing to resolve issue of
        lost/missing transcripts...

Ground For Review No. 3                                              2
        The Court of Appeals erroneously confirmed the convictions
        holding petitioner was given a copy of the appellate reco-
        rd and advised of his right to file a pro se response...

Ground For Review No. 4                                              3
        The Court of Appeals erred in holding that it reviewed
        the record, counsel's brief and pro se motions finding
        nothing in the record one might arguably raise on app-
        eal...

Conclusion                                                           4

Prayer                                                               5

Certificate of Service                                               6

Appendix                                                            iv

INDEX OF AUTHORITIES

UNITED STATES CONSTITUTION

Amendment 6   5

Amendment 14   5

FEDERAL LAW

28 U.S.C. §2254   2

Federal Cases

Anders v. California 386 U.S. 738 (1967)   1

Dalton v. Battaglia 402 F.3d 729, 736 (7th Cir. 2005)   2

Hall v. Quarterman 543 F.3d 365, 367-69 (5th Cir. 2008)   2

Harich v. Wainwright 813 F.2d 1082, 1090 (11th Cir. 1987)   2

Jackson v. Estelle 570 F.2d 546, 547 (5th Cir. 1978)   2

Woodcock v. McCauley 563 F.2d 806, 808-09 (7th Cir.)   2

Texas Rules of Appellate Procedure

Rule 34.6   4

Rule 38.9   3

Texas State Cases

Dunn v. State 733 S.W.2d 212-14 (Tex. Crim. App. 1987)   4

Emery v. State 800 S.W.2d 530-33 (Tex. Crim. App. 1990)   4

Gianous v. State 436 S.W.2d 137 (Tex. Crim. App. 1969)   1

Harris v. State 790 S.W.2d 569 (Tex. Crim. App. 1989)   4

Kelly v. State 436 S.W.3d 313, 319-21 (Tex. Crim. App. 2014)   2

Ortiz v. State 862 S.W.2d 170 (Tx. App. 4th Dist. 2014)   4

## STATEMENT REQUESTING ORAL ARGUMENT

Petitioner believes strongly that oral argument would be helpful to the Court in assisting them in deciphering exactly what occured during the January 23, 2014 arrignment/plea hearing that was recorded yet not made part of the appellate record. Further, oral argument is necessary to make the Court aware of the harm and prejudice caused to the petitioner by not allowing the issues and Constitutional violations which occured during that hearing to be raised on Direct Appeal to the Appellate Court.

Petitioner believes oral argument should be permitted to reveal how the Court of Appeals erred in its fact finding, determinations thereof, and in the denials of pro se motions and requests to show documentary or otherwise evidence from either the Appellate Record or the Dallas Co. Judicial System Electronic Docket sheets, that, the January 23, 2014 hearing did in fact take place, was recorded by the Court Reporter, and that portion of the Appellate Record is lost and or missing. Petitioner has shown due diligence by requesting these transcripts from the Court Reporter of the 283rd District Court, the Trial Court, as well as the 5th Court of Appeals, and attempted to properly address the issue of the lost portions of the transcript prior to the submission of the substantively defective Anders Brief.

Petitioner intends to argue how his repeated requests for evidentuary hearing, which are the generaly accepted and usual course of jurisprudence in such situations. For these reasons, Petitioner respectfully requests oral argument be granted.

## STATEMENT OF THE CASE

On June 26, 2013, Petitioner, Reginald Pink (Pink) was convicted of robbery, two aggravated robbery w/ deadly weapon, and one aggravated assault on a public servant in the 283rd Judicial District Court of Dallas County, Texas. The trial Court assessed punishment as LIFE imprisonment in each case. Petitioner appealed the convictions, and appellate counsel filed an Anders brief. On May 26, 2015 the 5th Court of Appeals filed a memorandum opinion affirming the convictions.

## PROCEDURAL HISTORY

On May 26, 2015, Petitioner Received notification of Opinion and Judgment from the 5th Court of Appeals, informing him that his convictions had been modified and affirmed. On July 10, 2015, Petitioner filed a motion for rehearing with the Court of Appeals. On August 3, 2015 Petitioner received the Order from the 5th Court of Appeals denying the rehearing.

## GROUND FOR REVIEW NUMBER ONE

The Court of Appeals erroneously affirmed petitioner's conviction holding that the Anders Brief represents a professional evaluation of the Appellate Record and meets the requirements of Anders v. California.

**ARGUMENT:**

The Court of Appeals erred in affirming the convictions based on an Anders brief that was based on appellate counsel's evaluation of an incomplete appellate record which was void of transcripts from an arringment/plea hearing held on January 23, 2014, where issues to be raised on direct appeal occured. These transcripts have been diligently sought in Pro Se motions to the Court of Appeals making the Court aware of the issue of lost and/or missing portions of the Appellate Record prior to counsel's submitted Anders brief. All such pro se motions were denied. Review should be granted based simply on the Court of Appeals decision to affirm on an incomplete appellate record, and any evaluation ignores the record and evidence giving rise to meritorious issues that could be raised therefrom. (see Appendix Exhibits 3, 4, 5, & 6, as well as Dallas Co. Judicial Sys. docket sheets Ex. 2). These are documentary evidence, by a preponderance of the evidence, that a hearing occured on January 23, 2014 and should have been recorded at the request of the parties and/or as a matter of regular Rules of Court.

The Court of Appeals decision to affirm departs so far from the usual course of jurisprudence as to call for the exercise of the Texas Court of Criminal Appeals powers of supervision, for the fundamental reason that an incomplete record makes any brief invalid, therefore, the Anders brief filed in this case does not meet the requirements of Anders v. California 386 U.S. 738 (67') for the fact it is based on an incomplete Appellate Record and the petitioner was not afforded an adequate opportunity to respond. (see Cianous v. State 436 S.W.2d 137 (Tex. Crim. App. 1969).

1

GROUND FOR REVIEW NUMBER TWO

The Court of Appeals erred in its decisions denying multiple pro se motions and requests for evidentiary hearing to resolve the issue of the lost/missing transcripts and docket sheets being evidence of lost/missing portion of the Appellate Record.

**ARGUMENT:**

Careful review would show all petitioner's pro se motions were not fairly evaluated, thusly, the Court of Appeals erred in denying the requested evidentuary hearing and ignoring the federally recognized standard entitling the petitioner to such a hearing when he can show clearly and convincingly with the evidence presented, (see appendix exhibits) that its reasonable the proceedings in which he refers are to have taken place. (see also 28 U.S.C. §2254). The Federal Courts have set the precedence in holding that petitioner is entitled to an evidentuary hearing in cases such as these. (see Dalton v. Battaglia 402 F.3d 729, 736 (7th Cir. 2005); Hall v. Quarterman 543 F.3d 365, 367-69 (5th Cir. 2008; Woodcock v. McCauley 563 F.2d 806, 808-09 (7th Cir. ); Jackson v. Estelle 570 F.2d 546, 547 (5th Cir. 1978); and Harich v. Wainwright 813 F.2d 1082, 1090 (11th Cir. 1987). Petitioner submitted exhibits 2-6 in his requests for an evidentiary hearing, and argues that the Dallas County Judicial System Electronic Docket Sheets in and of themselves entitled him to an evidentiary hearing. The above cited cases are examples of how the Appellate Courts decision denying petitioner's properly presented motions departed from the precedence in the proceedings creating a fundamentally unfair environment and depriving him of due process so as to call for the Texas Court of Criminal Appeals to exercise its power of supervision.

For these reasons the Court should grant review.

GROUND FOR REVIEW NUMBER THREE

The Court of Appeals erroneously confirmed the convictions holding that, petitioner was given a copy of the Appellate Record, advised of his right to file a Pro Se response to the Anders brief, but failed to do so.

**ARGUMENT:**

The petitioner was not given a "complete" copy of the Appellate Record by either Counsel or the Court when counsel's Anders brief was filed as required. (see Kelly v. State 436 S.W.3d 313, 316, 318, 319-21 (Tex. Crim. App. 2014). Therefore, petitioner was not able to properly respond without the lost/missing portion of the appellate record containing the hearing on Jan. 23, 2014 encompassing the constitutional violations to be raised on appeal. Depriving

2

petitioner of a "complete" record after due diligence requests also nullifies any opportunity to adequately respond to counsel's Anders brief. (see Gianous v. State 436 S.W.2d 137 (Tex. Crim. App. 1969). In an attempt to obtain a complete record of the actual proceedings petitioner sought and was granted a 30 day extension of time to file his response to counsel's brief. In this time petitioner utilized all of his resources to gain a copy of the Dallas Co. Judicial Sys. Docket Sheets, (see Ex.2). The Court Advised petitioner to reply by the Feb. 4, 2015 deadline, however, his evidence was yet to be received and timely requested an additional extension as other state agencies were less that expedicious in relinquishing the requested documentary evidence that would show that a hearing did in fact transpire as insisted upon by the petitioner. Irregardless of petitioner's "just cause" the 5th Court of Appeals denied the motion for the second extension. A denial after a showing of good or just cause conflicts with the decisions of other Courts on the same issue, who generally grant pro se litigants second request for extension when making a showing of just cause as petitioner in this case.

This consequently, denied petitioner his guaranteed constitutional right of appeal. These aforementioned issues caused egregious harm and prejudice and created procedural defaults and errors petitioner sought to raise on direct appeal. This also created a legal prejudice affecting collateral review of these errors which could be supported by the lost/missing transcripts. It is alleged these transcripts are being held by the trial Court leaving the Appellate Record incomplete. Petitioner made the Appeals Court aware of these issues in his submissions, hence are judicially noticed. (see Tex. R. App. Proc. 38.9 (b) making the Anders brief substantively defective).

For these reasons review should be granted.

GROUND FOR REVIEW NUMBER FOUR

The Court of Appeals erred in holding thet it reviewed the record, counsel's brief and petitioner's pro se motions and finding nothing in the record that might arguably support the appeal.

**ARGUMENT:**

The Court of Appeals erred in its investigation, review, and determinarion of the Appellate Record and petitioner's pro se motions filed. A close and exhaustive review of the submitted record reveals undisputedly in comments made by the trial Court Judge, (see Ex. 3), the lead prosecutor, (see Ex. 6) and the petitioner, (see Exs. 4 & 5) which were made in a Feb. 3, 2014 proceeding

3

show unquestionably that a hearing was held prior to the 2.3.14 hearing and was held on the record. The transcripts of the "hearing" prior to 2.3.14 are not included in the submitted Appellate Record, thusly, the Court of Appeals could not have reviewed them. The certified copies of the Docket sheets, (see Ex. 2) and petitioner's motions, in the very least, gives rise that the Court of Appeals review was not based on a "complete Appellate Record", and any determination thereon arguably removes subject matter jurisdiction, hence, voiding the resulting determination. The references made in the record submitted reflect other record portions not included, clear and convincing evidence that the record in fact is incomplete. Affirming a case with an incomplete record conflicts with precedence set under substantially similar circumstances of other Courts of Appeals. (see Ortiz v. State 862 S.W.2d 170 (Tx. App. 4th Dist. 1993); also Emery v. State 800 S.W.2d 530-33 (Tx. Crim. App. 1990); Dunn v. State 733 S.W. 2d 212-214 (Tx. Crim. App. 1987); Harris v. State 790 S.W.2d 568 (Tx. Crim. App.), holding that it has long been the rule in Texas that when an appellant, through no fault of his own or his counsel's is deprived of a portion of the statement of facts [the appellate record] which he diligently requested, the appellate Court cannot affirm. (see Tex. R. App. Proc. 34.6).

For these reasons review should be granted.

## CONCLUSION

Petitioner, Reginald K. Pink, in the above and foregoing information has shown the Court that issues exist, namely in the lost/missing transcripts, which would show constitutional violations that could have been presented on direct appeal. Petitioner alleges these constitutional violations are specifically:

1. petitioner's counsel, admitted in open Court, that he purposely did not tell petitioner all his rights;

2. trial counsel refused petitioner's requests to do any investigation because he believed petitioner to be guilty;

3. trial counsel refused to file any motions on petitioner's behalf claiming it would be a waste of the Court's money;

4. petitioner and trial counsel, due to counsel's opinions of petitioner continuously on the record and off the record had conflicts of interests, such as: a) counsel refused to provide petitioner copies of police reports related to the causes; b) counsel refused to thoroughly explain the elements of the indictments and the repercussions thereof; c) counsel's request to the Court to force petitioner to give a plea;

4

5. the Trial Court's refusal to grant petitioner's repeated requests for appointment of different counsel, responding "its not your counsel's fault we are here," and indicating he agreed with counsel's assessments;

6. the trial Court's denials violated petitioner's 6th and 14th guaranteed constitutional right to effective representation and due process.

Petitioner alleges there are other issues/violations but without the record cannot effectively cite nor argue them. For these reasons the Court should grant review.

## PRAYER

Wherefore premises having been duly considered, Reginald K. Pink, petitioner pro se, humbly and respectfully prays that the Honorable Court would grant his Petition for Discretionary Review. Petitioner seeks to have the record developed so as to include the portions that were intentionally or unintentionally not admitted as part of the Appellate Record, and once the record is whole he be permitted appointed counsel and new direct appeal of the above cited issues. Further, petitioner respectfully requests he be granted any general relief the Court deems appropriate or to which he is entitled under either Federal or Texas law.

Respectfully Submitted,

_____
Reginald Keith Pink, Pro Se
TDCJ# 1938997 McConnell Unit
3001 S. Emily Dr.
Beeville, Texas 78102-8583
361.362.2300 (ph.)
361.362.3011 (fax)

5

APPENDIX


EXHIBIT 1
Memorandum opinion 5th Court of Appeals

EXHIBIT 2
Dallas Co. Judicial Sys. Electronic Docket Sheets, Certified

EXHIBIT 3*
Court Reporter's Record Feb. 3, 2014, vol 2 of 4, pg 30
Lines 1-12

EXHIBIT 4*
Court Reporter's Record Feb. 3, 2014, vol 2 of 4, pg 31
Lines 22-25 pg 32
Lines 1-4
EXHIBIT 5*
Court Reporter's Record Feb. 3, 2014, vol 2 of 4, pg 34
Lines 10-11

EXHIBIT 6*
Court Reporter's Record Feb. 3, 2014, vol 2 of 4 pg 35
Lines 6-11


*(**NOTE:** Please see the Reporter's Record as indicated).

iv

## DECLARATION

I, Reginald Pink, does now attest that the foregoing documents and information are true and correct and are thusly sworn to under penalty of perjury to their validity. (T.C.P. & R. §132.001-132.003 and 28 U.S.C. §1746).

_____
Reginald Pink, Pro Se

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing and included documents have been properly served upon the parties listed below at their respective addresses, as well as delivered to this Court. The documents were placed in the McConnell Unit mailbox with first class, pre-paid postage affixed, addressed to the Court of Criminal Appeals, c/o the Clerk of the Court, Abel Acosta at Capital Station, P.O. Box 12308, Austin, Texas 78711-2308.

Executed on this the 20 day of August , 2015.

_____
Reginald Pink, Pro Se

also served:

Micheal Casillas
Dallas Co. Dist. Attorny's Off.
133 N. Riverfront Blvd., LB19
Dallas, Texas 75207


State Prosecuting Attorney
P.O. Box 12405
Austin, Texas 78711


Deemed Filed: Warner v. Glass 135 S.W.3d 681, 682 (Tex. 2004)

6

**MODIFY and AFFIRM; and Opinion Filed May 26, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00877-CR
No. 05-14-00878-CR
No. 05-14-00879-CR
No. 05-14-00880-CR

## REGINALD KEITH PINK, Appellant

### V.

## THE STATE OF TEXAS, Appellee

On Appeal from the 283rd Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F09-55346-T, F13-60732-T, F13-60733-T, F13-72123-T

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Whitehill
Opinion by Justice Lang-Miers

Reginald Keith Pink appeals his convictions for robbery, two aggravated robbery with a deadly weapon offenses, and one aggravated assault on a public servant offense. *See* TEX. PENAL CODE ANN. §§ 22.02(a)(2), 29.02(a)(2), 29.03(a)(2) (West 2011). The trial court assessed punishment, enhanced by two prior felony convictions, at life imprisonment in each case. On appeal, appellant's attorney filed a brief in which he concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there

are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (identifying duties of appellate courts and counsel in *Anders* cases). Appellant did, however, file several pro se motions.

We have reviewed the record, counsel's brief, and appellant's pro se motions. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

Although not an arguable issue, we note the judgments in cause nos. 05-14-00877-CR and 05-14-00879-CR do not correctly reflect appellant's pleas to, nor the trial court's findings on, the enhancement paragraphs. In each case, appellant pleaded true to two enhancement paragraphs alleging prior felony convictions, and the trial court found the enhancement paragraphs true. The judgment adjudicating guilt in cause no. 05-14-00877-CR contains no reference to the enhancement paragraphs and the judgment in cause no. 05-14-00879-CR states "N/A" in the sections regarding the first enhancement paragraph. As a result, the judgments are incorrect. Accordingly, we modify the judgment adjudicating guilt in cause no. 05-14-00877-CR to show that appellant pleaded true to the first and second enhancement paragraphs and the trial court found the paragraphs are true. We modify the trial court's judgment in cause no. 05-14-00879-CR to show appellant pleaded true to the first enhancement paragraph and the trial court found the paragraph true. *See* TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993); *Asberry v. State*, 813 S.W.2d 526, 529–30 (Tex. App.—Dallas 1991, pet. ref'd).

-2-

In cause nos. 05-14-00878-CR and 05-14-00880-CR, we affirm the trial court's judgments.  In cause nos. 05-14-00877-CR and 05-14-00879-CR, we affirm the trial court's judgments as modified.

/s/ Elizabeth Lang-Miers
ELIZABETH LANG-MIERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

140877F.U05

-3-



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

REGINALD KEITH PINK, Appellant

No. 05-14-00877-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the 283rd Judicial District Court of Dallas County, Texas (Tr.Ct.No. F09-55346-T).
Opinion delivered by Justice Lang-Miers, Justices Francis and Whitehill participating.


Based on the Court's opinion of this date, the trial court's judgment adjudicating guilt is **MODIFIED** as follows:

Add section "Plea to 1st Enhancement Paragraph: True."

Add section "Plea to 2nd Enhancement /Habitual Paragraph: True."

Add section "Findings on 1st Enhancement Paragraph: True."

Add section "Findings on 2nd Enhancement/Habitual Paragraph: True."

As modified, we **AFFIRM** the trial court's judgment adjudicating guilt.


Judgment entered May 26, 2015.



# Court of Appeals
## Fifth District of Texas at Dallas

**JUDGMENT**

REGINALD KEITH PINK, Appellant

No. 05-14-00878-CR        V.

THE STATE OF TEXAS, Appellee

Appeal from the 283rd Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F13-60732-T).
Opinion delivered by Justice Lang-Miers,
Justices Francis and Whitehill participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered May 26, 2015.

-5-



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

REGINALD KEITH PINK, Appellant

No. 05-14-00879-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the 283rd Judicial District Court of Dallas County, Texas (Tr.Ct.No. F13-60733-T).

Opinion delivered by Justice Lang-Miers, Justices Francis and Whitehill participating.

Based on the Court's opinion of this date, the trial court's judgment is **MODIFIED** as follows:

The section entitled "Plea to 1st Enhancement Paragraph" is modified to show "True."

The section entitled "Findings on 1st Enhancement Paragraph" is modified to show "True."

As modified, we **AFFIRM** the trial court's judgment.

Judgment entered May 26, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

REGINALD KEITH PINK, Appellant

No. 05-14-00880-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 283rd Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F13-72123-T).
Opinion delivered by Justice Lang-Miers,
Justices Francis and Whitehill participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered May 26, 2015.

-7-

# J U D I C I A L   I N F O R M A T I O N

A010-020-030-040                                    FILE DATE **101013**

DEF NAME **PINK REGINALD KEITH**_____ RACE **B** SEX **M** DOB **09151962** AGE **52**

DEF ADR1 **646 LACEWOOD DR**_____ AC ____ PH _____ SS ____ __ _____

DEF CITY **DALLAS**_____ ST **TX** ZIP **75224** DLNUM _____ DLST __

OFF **AGG ROBBERY**_____ DT **092613** TYP/CL **F 1** GOC/CAT _ _ CODE **RB000000**

COMT **3RD**_____ SID NUM **03736319** OF AMT _____

COMPLAINANT _____ TAPE # _____ ARREST DATE **092613**

JUV STAT **N** REPEAT OFFENDER **N** CAREER OFFENDER **N** ORIG-LOC **DSO**____ CURR-LOC **P**

FILING AGENCY **TXDPD0000** SER/CAS NO _____**247449A** ARREST NUM _____**13046113**

LAI NUM _____**493406** AIS/DSO NO _____**1828536** BOOKIN NUM _____**13063777**

JP FILE DATE **000000** JP CASE ID _____ JP COURT ID __ FED _ EVH _ AFF _

MAGISTRATE DATE **092613** MAGIS COURT **97** MAGIS JUDGE **TURLEY**___ BOUND OVER _

EXAM TRIAL DATE **000000** EXAM COURT __ EXAM JUDGE _____ IND METH **IND**

GJ/H/R DT **103013 H** GJ# **2171** **A2** GJ/W/FILE **110113** GJ DS **T** DA DSP **A** ACC **Y** REAS _

DA DISPOS DATE **101013** MISDEMEANOR REDUCTION _ SENTENCE PROBATED _

JUDCL CASE ID **F-1360732** GJ CT **FP** PROS STAT **A 656** PROS NAME **PRYOR CHRIS**____

COURT ASSIGNED TO **FT** DATE ASSIGNED **092613** ASSIGNED BY **O** REASON **A**

PRECEEDING DA CASE ID _____ SUCCEEDING DA CASE ID _____

TRN **9176431916** TRS **A001** WARRANT STATUS **S** STATE OFF CD **12990002**__

NEXT

\* SEE page 6 for (1-23-14) hearing

pg 1.

APPEALS

C020-50                                                                    CT DISP NO **01**

DATE APPEAL MADE **062714** COPY STATEMENT OF FACTS FILED **000000** EXTENDED **000000**

DESIGNATION OF RECORD  DEFENSE **071614** STATE **000000** TRANSCRIPT FILED **082614**

OBJECTION **000000** DATE NOTICE SENT **000000**

DATE SENT TO APPEALS **000000** OPINION DATE **052715** MANDATE RECEIVED **000000** DISP _

MANDATE ENFORCED DATE **000000** APPEAL WITHDRAWN **000000** CT REPORTER INITIALS **BB**_

APPEAL REF CODE **0150**                                               REC NO 50

GENERAL COMMENTS

C080 062714_WAIVER_OF_JURY_616/598;_2ND&3RD_TRUE-TRUE_2ND&3RD;_FINDINGS_OF_DEAD

LY_WEAPON_KNIFE_AND_CUTTINGTOOL     DATE **062714**

C080 062714_DEFT_EXCEPTS_AND_GIVES_NOTICE_OF_APPEALS_TO_THE_COURT_OF_APPEALS_5T

_DISTRICT_DALLAS_____     DATE **071614**

C080 08062014_REPORTER'S_REC_/JR_____

_____     DATE **080614**

C080 08/20/2014_REPORTER'S_REC_CHECKED_OUT_BY,_MATTHEW_J._KITA_/JR_____

_____     DATE **082014**

NEXT

¢JI66          DA CASE ID **F-1360732**          JUDCL CASE ID **F-1360732**

          A010 DEF NAME **PINK RE**          C010 DEF NAME **PINK RE**

DISPOSITION

C020-01-02                                                    CT DISP NO **01**

VERDICT DATE **062714** BY **JG**  DISP **PGJG**  TC __  DISM TYP ____  VOL **616**  PAGE **597_**

SENTENCE DATE **062714** BY **JG**  TO **L** YEARS ____  MTHS ____  DAYS ____  HOURS ____

SENTENCE TO BEGIN **062714** SENTENCE VOL ___  PAGE ____  DISCHARGE **N** TYPE _ NUM __

PROBATED SENTENCE TO _ YEARS ____  MONTHS ____  DAYS ____          MULT SENT **C**

PROBATED FOR  YEARS ____  MONTHS ____  DAYS ____  PROBATION START DATE _____

SPEC COND 1 __ _____ FOR ___ _ 2 __ _____ FOR ___ _

FINE CODE _ AMT _____0.00   COST CODE _ AMT ____0.00   PAYMENT DUE **000000**

REDUCED/ENHANCED CHARGE

DESC _____ COMT _____ TYP/CL _ _ GOC _

          COUNTY CODE _____          STATE CODE _____

PROBATION REVOCATION FILE DATE **000000**   WARRANT ISSUED DATE **000000**

DISPOSITION COMMENT 092613-062714_____          _

MOTIONS

C020-30                                                    CT DISP NO **01**

DT FILED **071614**   MOTN TYPE **MNT**   MOTN PENDING _   STATEMENT OF FACTS FILED _

DESC **MOT/NEW_TRIAL_FILED**_____   SENT PENDING _   DISPOSED DT **090514**   TYPE **D**

COMMENT **MTN/NEW_TRIAL_DENIED_617/802__**                    REC NO **30**          _

NEXT

3.

¢JI66          DA CASE ID **F-1360732**          JUDCL CASE ID **F-1360732**

               A010 DEF NAME **PINK RE**          C010 DEF NAME **PINK RE**

                              'NAMES

**B070**

ASSOCIATED NAME **KITA,_MATTHEW_2146991863**_____          NAME REF CODE **AA1406270**

CT APPOINTED _    BAR NO **24050883** BOND MAKER _    DT BOND MADE _____          _

**B070**

ASSOCIATED·NAME **LACY,_WAYNE_2146531317**_____          NAME REF CODE **CD1309270**

CT APPOINTED _    BAR NO **11787200** BOND MAKER _    ·DT BOND MADE. _____          _

**B070**

ASSOCIATED NAME **BRAY_J**_____          NAME REF CODE **LP1310110**

CT APPOINTED _    BAR NO _____ BOND MAKER _    DT BOND MADE _____          _ .

**B070**

ASSOCIATED NAME **PRYOR_CHRIS**_____          NAME REF CODE **LP1310111**

CT APPOINTED _    BAR NO _____ BOND MAKER _    DT BOND MADE _____          _

                              CHARGE

**C010**

DEF NAME **PINK_REGINALD_KEITH**_____    OFFENSE CD **RB000000** STATE CD **12990002**__

DESC **AGG_ROBBERY**_____    COMT **3RD**_____    TYP/CL **F 1**   GOC _

GJ COURT **FP**    CURRENT COURT **FT**    PREVIOUS COURTS _____    CHOV DT _____

                              NEXT

4,

¢JI66        DA CASE ID **F-1360732**        JUDCL CASE ID **F-1360732**

    A010 DEF NAME **PINK RE**        C010 DEF NAME **PINK RE**

SETS AND PASSES

**B060**

SET FOR DATE **050814**    SET FOR TIME **0900**    SET TYPE **HEAR**    PASSED TO DATE _____

SET DISPOSITION CODE \_\_    PASSED GENERALLY \_    COMMENTS **PRETRIAL**_____

STATES RECOMMENDATION _____        REC NO **01**        \_

**B060**

SET FOR DATE **051214**    SET FOR TIME **0900**    SET TYPE **PLEA**    PASSED TO DATE _____

SET DISPOSITION CODE \_\_    PASSED GENERALLY \_    COMMENTS **1ST_HALF**_____

STATES RECOMMENDATION _____        REC NO **01**        \_

**B060**

SET FOR DATE **062714**    SET FOR TIME **0900**    SET TYPE **SENT**    PASSED TO DATE _____

SET DISPOSITION CODE \_\_    PASSED GENERALLY \_    COMMENTS _____

STATES RECOMMENDATION _____        REC NO **01**        \_

**B060**

SET FOR DATE **100114**    SET FOR TIME **0900**    SET TYPE **OTHE**    PASSED TO DATE _____

SET DISPOSITION CODE \_\_    PASSED GENERALLY \_    COMMENTS **OVERRULE/MOT_NEW_TRIAL**

STATES RECOMMENDATION _____        REC NO **01**        \_

NEXT

¢JI66    DA CASE ID **F-1360732**       JUDCL CASE ID **F-1360732**

A010 DEF NAME **PINK RE**        C010 DEF NAME **PINK RE**

SETS AND PASSES

**B060**

SET FOR DATE **011614**   SET FOR TIME **0900**   SET TYPE **OTHE**   PASSED TO DATE _____

SET DISPOSITION CODE __    PASSED GENERALLY _    COMMENTS **ADMONISH**_____

STATES RECOMMENDATION _____                    REC NO **01**            _

**B060**

SET FOR DATE **012314**   SET FOR TIME **0900**   SET TYPE **PLEA**   PASSED TO DATE _____

SET DISPOSITION CODE __    PASSED GENERALLY _    COMMENTS **13063777**_____

STATES RECOMMENDATION _____                    REC NO **01**            _

**B060**

SET FOR DATE **012714**   SET FOR TIME **0900**   SET TYPE **HEAR**   PASSED TO DATE _____

SET DISPOSITION CODE __    PASSED GENERALLY _    COMMENTS _____

STATES RECOMMENDATION _____                    REC NO **01**            _

**B060**

SET FOR DATE **020314**   SET FOR TIME **0900**   SET TYPE **HEAR**   PASSED TO DATE _____

SET DISPOSITION CODE __    PASSED GENERALLY _    COMMENTS _____

STATES RECOMMENDATION _____                    REC NO **01**            _

NEXT

pg 6.

¢JI66          DA CASE ID **F-1360732**          JUDCL CASE ID **F-1360732**

              A010 DEF NAME **PINK RE**          C010 DEF NAME **PINK RE**

                                    BONDS

**B050**

DATE BOND SET **092613**  AMT **_100000.00**  TYPE **__**  SET BY COURT **97**  JUDGE **TURLEY___**

                                                          REC NO **01**                    _

                              SETS AND PASSES

**B060**

SET FOR DATE **112113**  SET FOR TIME **0830**  SET TYPE **STAT**  PASSED TO DATE _____

SET DISPOSITION CODE __  PASSED GENERALLY _  COMMENTS _____

STATES RECOMMENDATION _____          REC NO **01**          _

**B060**

SET FOR DATE **121013**  SET FOR TIME **0830**  SET TYPE **STAT**  PASSED TO DATE _____

SET DISPOSITION CODE __  PASSED GENERALLY _  COMMENTS _____

STATES RECOMMENDATION _____          REC NO **01**          _

**B060**

SET FOR DATE **010714**  SET FOR TIME **0830**  SET TYPE **STAT**  PASSED TO DATE _____

SET DISPOSITION CODE __  PASSED GENERALLY _  COMMENTS _____

STATES RECOMMENDATION _____          REC NO **01**          _

                                    NEXT

DA CASE ID **F-1360732**    JUDCL CASE ID **F-1360732**

A010 DEF NAME **PINK RE**    C010 DEF NAME **PINK RE**

GENERAL COMMENTS

C080 08/26/2014_CLERK'S_REC_FILED_5TH_COA_/JR

DATE **082614**

C080 101014_DESIGNATION_OF_ITEMS_FOR_SUPPLEMENTAL_CLERK'S_RECORD

DATE **101414**

C080 10/21/2014_SUPPLEMENTAL_CLERK'S_REC_FILED_5TH_COA_/JR

DATE **102114**

C080 11/03/2014_REPORTER'S_REC_RET_BY,_MATTHEW_J._KITA_/JR

DATE **110314**

NEXT

¢JI66 · · DA CASE ID **F-1360733** JUDCL CASE ID **F-1360733**

A010 DEF NAME **PINK RE** C010 DEF NAME PINK RE

J U D I C I A L   I N F O R M A T I O N

A010-020-030-040 FILE DATE **101013**

DEF NAME **PINK_REGINALD**_____ RACE **B** SEX **M** DOB **09151962** AGE **52**

DEF ADR1 **646_LACEWOOD_DR**_____ AC ___ PH _____ SS ___ __ ____

DEF CITY **DALLAS**_____ ST **TX** ZIP **75224** DLNUM _____ DLST __

OFF **AA/PUB SERV**_____ DT **092613** TYP/CL **F 1** GOC/CAT _ _ CODE **VA000200**

COMT **3RD**_____ SID NUM **03736319** OF AMT _____

COMPLAINANT _____ TAPE # _____ ARREST DATE **092613**

JUV STAT **N** REPEAT OFFENDER **N** CAREER OFFENDER **N** ORIG-LOC **DSO**____ CURR-LOC **P**

FILING AGENCY **TXDPD0000** SER/CAS NO _____**247448A** ARREST NUM _____**13046113**

LAI NUM _____**493406** AIS/DSO NO _____**1828536** BOOKIN NUM _____**13063777**

JP FILE DATE **000000** JP CASE ID _____ JP COURT ID __ FED _ EVH _ AFF _

MAGISTRATE DATE **092613** MAGIS COURT **97** MAGIS JUDGE **TURLEY**___ BOUND OVER _

EXAM TRIAL DATE **000000** EXAM COURT __ EXAM JUDGE _____ IND METH **IND**

GJ/H/R DT **103013 H** GJ# **2172__A2** GJ/W/FILE **110113** GJ DS **T** DA DSP **A** ACC **Y** REAS _

DA DISPOS DATE **101013** MISDEMEANOR REDUCTION _ SENTENCE PROBATED _

JUDCL CASE ID **F-1360733** GJ CT **FP** PROS STAT **A 656** PROS NAME **PRYOR_CHRIS**____

COURT ASSIGNED TO **FT** DATE ASSIGNED **092613** ASSIGNED BY **O** REASON **A**

PRECEEDING DA CASE ID _____ SUCCEEDING DA CASE ID _____

TRN **9176431916** TRS **A002** WARRANT STATUS **S** STATE OFF CD **13150011**__

NEXT

✳ See pg. 3, for (1-23-14) hearing

pg. 1.

¢JI66        DA CASE ID **F-1360733**         JUDCL CASE ID **F-1360733**

             A010 DEF NAME **PINK RE**        C010 DEF NAME **PINK RE**

                                    BONDS

**B050**

DATE BOND SET **092613**  AMT _100000.00  TYPE __  SET BY COURT 97  JUDGE **TURLEY**___

                                                    REC NO **01**              _

                              SETS AND PASSES

**B060**

SET FOR DATE **112113**  SET FOR TIME **0830**  SET TYPE **STAT**  PASSED TO DATE _____

SET DISPOSITION CODE __    PASSED GENERALLY _    COMMENTS _____

STATES RECOMMENDATION _____              REC NO **01**            _

**B060**

SET FOR DATE **121013**  SET FOR TIME **0830**  SET TYPE **STAT**  PASSED TO DATE _____

SET DISPOSITION CODE __    PASSED GENERALLY _    COMMENTS _____

STATES RECOMMENDATION _____              REC NO **01**            _

**B060**

SET FOR DATE **010714**  SET FOR TIME **0830**  SET TYPE **STAT**  PASSED TO DATE _____

SET DISPOSITION CODE __    PASSED GENERALLY _    COMMENTS _____

STATES RECOMMENDATION _____              REC NO **01**            _

                                    NEXT

2.

¢JI66      DA CASE ID **F-1360733**      JUDCL CASE ID **F-1360733**

A010 DEF NAME **PINK RE**      C010 DEF NAME **PINK RE**

SETS AND PASSES

**B060**

SET FOR DATE **011614**   SET FOR TIME **0900**   SET TYPE **OTHE**   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS **ADMONISH**_____

STATES RECOMMENDATION _____      REC NO **01**      _

**B060**

SET FOR DATE **012314**   SET FOR TIME **0900**   SET TYPE **PLEA**   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS 13063777_____

STATES RECOMMENDATION _____      REC NO **01**      _

**B060**

SET FOR DATE **012714**   SET FOR TIME **0900**   SET TYPE **HEAR**   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____

STATES RECOMMENDATION _____      REC NO **01**      _

**B060**

SET FOR DATE **020314**   SET FOR TIME **0900**   SET TYPE **HEAR**   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____

STATES RECOMMENDATION _____      REC NO **01**      _

NEXT

3,

¢JI66      DA CASE ID **F-1360733**          JUDCL CASE ID **F-1360733**

          A010 DEF NAME **PINK RE**          C010 DEF NAME **PINK RE**

                          SETS AND PASSES

**B060**

SET FOR DATE **050814**   SET FOR TIME **0900**   SET TYPE **HEAR**   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____

STATES RECOMMENDATION _____          REC NO **01**          _

**B060**

SET FOR DATE **051214**   SET FOR TIME **0900**   SET TYPE **PLEA**   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____

STATES RECOMMENDATION _____          REC NO **01**          _

**B060**

SET FOR DATE **060914**   SET FOR TIME **0900**   SET TYPE **TRIL**   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____

STATES RECOMMENDATION _____          REC NO **01**          _

**B060**

SET FOR DATE **062714**   SET FOR TIME **0900**   SET TYPE **SENT**   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____

STATES RECOMMENDATION _____          REC NO **01**          _

                          NEXT

¢JI66     DA CASE ID **F-1360733**          JUDCL CASE ID **F-1360733**

          A010 DEF NAME **PINK RE**          C010 DEF NAME **PINK RE**

                              SETS AND PASSES

**B060**

SET FOR DATE **100114**   SET FOR TIME **0900**   SET TYPE **OTHE**   PASSED TO DATE _____

SET DISPOSITION CODE __    PASSED GENERALLY _    COMMENTS **OVERRULE/MOT_NEW_TRIAL**

STATES RECOMMENDATION _____               REC NO **01** _

                              NAMES

**B070**

ASSOCIATED NAME **KITA,_MATTHEW_2146991863**_____    NAME REF CODE **AA1406270**

CT APPOINTED _    BAR NO **24050883** BOND MAKER _   DT BOND MADE _____ _

**B070**

ASSOCIATED NAME **LACY,_WAYNE_2146531317**_____    NAME REF CODE **CD1309270**

CT APPOINTED _    BAR NO **11787200** BOND MAKER _   DT BOND MADE _____ _

**B070**

ASSOCIATED NAME **PRYOR_CHRIS**_____    NAME REF CODE **LP1310110**

CT APPOINTED _    BAR NO _____   BOND MAKER _   DT BOND MADE _____ _

                              CHARGE

**C010**

DEF NAME **PINK_REGINALD**_____   OFFENSE CD **VA000200** STATE CD **13150011**__

DESC **AA/PUB_SERV**_____   COMT **3RD**_____   TYP/CL **F 1**   GOC _

GJ COURT **FP**   CURRENT COURT **FT**   PREVIOUS COURTS _____   CHOV DT _____

                              NEXT

¢JI66          DA CASE ID **F-1360733**          JUDCL CASE ID **F-1360733**
               A010 DEF NAME **PINK RE**          C010 DEF NAME **PINK RE**

DISPOSITION

C020-01-02                                                    CT DISP NO **01**

VERDICT DATE **062714** BY **JG**  DISP **PGJG** TC __  DISM TYP ____  VOL **616**  PAGE **601**_

SENTENCE DATE **062714** BY **JG**  TO **L** YEARS ____   MTHS ____   DAYS ____   HOURS ____

SENTENCE TO BEGIN **062714** SENTENCE VOL ___  PAGE ____  DISCHARGE **N** TYPE _ NUM __

PROBATED SENTENCE TO _ YEARS ____   MONTHS ____   DAYS ____         MULT SENT **C**

PROBATED FOR  YEARS ____   MONTHS ____   DAYS ____   PROBATION START DATE _____

SPEC COND 1 __ _____ FOR ___ _   2 __ _____ FOR ___ _

FINE CODE _ AMT _____0.00   COST CODE _ AMT ____0.00   PAYMENT DUE _____

REDUCED/ENHANCED CHARGE

DESC _____ COMT _____ TYP/CL _ _ GOC _

               COUNTY CODE _____   STATE CODE _____

PROBATION REVOCATION FILE DATE _____   WARRANT ISSUED DATE _____

DISPOSITION COMMENT 092613-062714_____   _

MOTIONS

C020-30                                                    CT DISP NO **01**

DT FILED **071614**   MOTN TYPE **MNT**   MOTN PENDING _   STATEMENT OF FACTS FILED _

DESC **MOT/NEW_TRIAL_FILED**_____   SENT PENDING _   DISPOSED DT **090514**   TYPE **D**

COMMENT **MTN/NEW_TRIAL_DENIED_617/802**__             REC NO **30**            _

NEXT

¢JI66          DA CASE ID **F-1360733**          JUDCL CASE ID **F-1360733**

          A010 DEF NAME **PINK RE**          C010 DEF NAME **PINK RE**

APPEALS

C020-50                                                                    CT DISP NO **01**

DATE APPEAL MADE 062714 COPY STATEMENT OF FACTS FILED 000000 EXTENDED 000000

DESIGNATION OF RECORD   DEFENSE 071614 STATE 000000 TRANSCRIPT FILED 082614

OBJECTION 000000 DATE NOTICE SENT 000000

DATE SENT TO APPEALS 000000 OPINION DATE 052715 MANDATE RECEIVED 000000 DISP _

MANDATE ENFORCED DATE 000000 APPEAL WITHDRAWN 000000 CT REPORTER INITIALS **BB**_

APPEAL REF CODE 0150.                                        REC NO 50                  _

GENERAL COMMENTS

  C080 062714_WAIVER_OF_JURY_616/602;_2ND_TRUE-TRUE_2ND;_FINDINGS_OF_DEADLY_WEAPO

N_KNIFGE_AND_CUTTING_TOOL_____     DATE 062714                                    _

  C080 062714_DEFT_EXCEPTS_AND_GIVES_NOTICE_OF_APPEALS_TO_THE_COURT_OF_APPEALS_5T

H_DISTRICT_DALLAS_____     DATE 071614                                    _

  C080 08062014_REPORTER'S_REC_/JR_____

_____     DATE 080614                                  _

  C080 08/20/2014_REPORTER'S_REC_CHECKED_OUT_BY,_MATTHEW_J._KITA_/JR_____

_____     DATE 082014                                  _

NEXT

¢JI66         DA CASE ID **F-1360733**          JUDCL CASE ID **F-1360733**

              A010 DEF NAME **PINK RE**          C010 DEF NAME **PINK RE**

                           GENERAL COMMENTS

C080 08/26/2014_CLERK'S_REC_FILED_5TH_COA_/JR_____

_____          DATE 082614                        —

C080 101014_DESIGNATION_OF_ITEMS_FOR_SUPPLEMENTAL_CLERK'S_RECORD_____

_____          DATE 101414                        —

C080 10/21/2014_SUPPLEMENTAL_CLERK'S_REC_FILED_5TH_COA_/JR_____

_____          DATE 102114                        —

C080 11/03/2014_REPORTER'S_REC_RET_BY,_MATTHEW_J._KITA_/JR_____

_____          DATE 110314                        —

                                 NEXT

¢JI66        DA CASE ID **F-1372123**        JUDCL CASE ID **F-1372123**

            A010 DEF NAME **PINK RE**        C010 DEF NAME **PINK RE**

                    J U D I C I A L    I N F O R M A T I O N

A010-020-030-040                                    FILE DATE **111213**

DEF NAME **PINK_REGINALD_KEITH**_____ RACE **B** SEX **M** DOB **09151962**  AGE  **52**

DEF ADR1 **646_LACEWOOD_DR**_____ AC ____ PH _____ SS ____ __ _____

DEF CITY **DALLAS**_____ ST **TX**  ZIP **75224**  DLNUM _____ DLST __

OFF **AGG_ROBBERY**_____ DT **091813** TYP/CL **F 1** GOC/CAT _ _ CODE **RB000000**

COMT **3RD_F**_____ SID NUM **03736319** OF AMT _____

COMPLAINANT _____ TAPE # _____ ARREST DATE **092613**

JUV STAT **N**  REPEAT OFFENDER **N**  CAREER OFFENDER **N**  ORIG-LOC **DSO**____  CURR-LOC **P**

FILING AGENCY **TXDPD0000**  SER/CAS NO _____**240371A**  ARREST NUM _____

LAI NUM _____**493406**  AIS/DSO NO _____**1828536**  BOOKIN NUM _____**13063777**

JP FILE DATE **000000**  JP CASE ID _____  JP COURT ID __  FED _  EVH _  AFF _

MAGISTRATE DATE **103013**  MAGIS COURT **97**  MAGIS JUDGE **TURLEY**___  BOUND OVER _

EXAM TRIAL DATE **000000**  EXAM COURT __  EXAM JUDGE _____  IND METH **IND**

GJ/H/R DT **112613 H** GJ# **4191__B1** GJ/W/FILE **120313** GJ DS **T** DA DSP **A** ACC **Y** REAS _

DA DISPOS  DATE **111213**      MISDEMEANOR REDUCTION _  SENTENCE PROBATED _

JUDCL CASE ID **F-1372123**  GJ CT **FU** PROS STAT **A 656**  PROS NAME **PRYOR_CHRIS**____

COURT ASSIGNED TO **FT**  DATE ASSIGNED **102913**  ASSIGNED BY **O**  REASON **A**

PRECEEDING DA CASE ID _____  SUCCEEDING DA CASE ID _____

TRN **9176431916**  TRS **A003**  WARRANT STATUS _ STATE OFF CD **12990002**__

                            NEXT

\* See  pg. 3 for (1-23-14) hearing

pg. 1

¢JI66        DA CASE ID **F-1372123**        JUDCL CASE ID **F-1372123**

             A010 DEF NAME **PINK RE**        C010 DEF NAME **PINK RE**

                                    BONDS

**B050**

DATE BOND SET **102913**   AMT __100000.00__   TYPE __   SET BY COURT **97**   JUDGE **TURLEY**___

                                                        REC NO **01**              _

                              SETS AND PASSES

**B060**

SET FOR DATE **112113**   SET FOR TIME **0830**   SET TYPE **STAT**   PASSED TO DATE **000000**

SET DISPOSITION CODE __    PASSED GENERALLY _    COMMENTS _____

STATES RECOMMENDATION _____              REC NO **01**              _

**B060**

SET FOR DATE **121013**   SET FOR TIME **0830**   SET TYPE **STAT**   PASSED TO DATE _____

SET DISPOSITION CODE __    PASSED GENERALLY _    COMMENTS _____

STATES RECOMMENDATION _____              REC NO **01**              _

**B060**

SET FOR DATE **010714**   SET FOR TIME **0830**   SET TYPE **STAT**   PASSED TO DATE _____

SET DISPOSITION CODE __    PASSED GENERALLY _    COMMENTS _____

STATES RECOMMENDATION _____              REC NO **01**              _

                              NEXT

pg. 2

¢JI66      DA CASE ID **F-1372123**        JUDCL CASE ID **F-1372123**

          A010 DEF NAME **PINK RE**          C010 DEF NAME **PINK RE**

                          SETS AND PASSES

**B060**

SET FOR DATE **011614**   SET FOR TIME **0900**   SET TYPE **OTHE**   PASSED TO DATE _____

SET DISPOSITION CODE __    PASSED GENERALLY _    COMMENTS **ADMONISH**_____

STATES RECOMMENDATION _____          REC NO **01**        _

**B060**

SET FOR DATE **012314**   SET FOR TIME **0900**   SET TYPE **PLEA**   PASSED TO DATE _____

SET DISPOSITION CODE __    PASSED GENERALLY _    COMMENTS **1306377**_____

STATES RECOMMENDATION _____          REC NO **01**        _

**B060**

SET FOR DATE **012714**   SET FOR TIME **0900**   SET TYPE **HEAR**   PASSED TO DATE _____

SET DISPOSITION CODE __    PASSED GENERALLY _    COMMENTS _____

STATES RECOMMENDATION _____          REC NO **01**        _

**B060**

SET FOR DATE **020314**   SET FOR TIME **0900**   SET TYPE **HEAR**   PASSED TO DATE _____

SET DISPOSITION CODE __    PASSED GENERALLY _    COMMENTS _____

STATES RECOMMENDATION _____          REC NO **01**        _

                          NEXT

PS. 3

¢JI66      DA CASE ID **F-1372123**        JUDCL CASE ID **F-1372123**

A010 DEF NAME **PINK RE**        C010 DEF NAME **PINK RE**

SETS AND PASSES

**B060**

SET FOR DATE **050814**    SET FOR TIME **0900**    SET TYPE **HEAR**    PASSED TO DATE _____

SET DISPOSITION CODE __      PASSED GENERALLY _      COMMENTS _____

STATES RECOMMENDATION _____          REC NO **01**          _

**B060**

SET FOR DATE **051214**    SET FOR TIME **0900**    SET TYPE **PLEA**    PASSED TO DATE _____

SET DISPOSITION CODE __      PASSED GENERALLY _      COMMENTS _____

STATES RECOMMENDATION _____          REC NO **01**          _

**B060**

SET FOR DATE **062714**    SET FOR TIME **0900**    SET TYPE **SENT**    PASSED TO DATE _____

SET DISPOSITION CODE __      PASSED GENERALLY _      COMMENTS _____

STATES RECOMMENDATION _____          REC NO **01**          _

**B060**

SET FOR DATE **090514**    SET FOR TIME **0900**    SET TYPE **HEAR**    PASSED TO DATE _____

SET DISPOSITION CODE __      PASSED GENERALLY _      COMMENTS **EVIDENTIARY**_____

STATES RECOMMENDATION _____          REC NO **01**          _

NEXT

¢JI66        DA CASE ID **F-1372123**        JUDCL CASE ID **F-1372123**

        A010 DEF NAME **PINK RE**        C010 DEF NAME **PINK RE**

## SETS AND PASSES

**B060**

SET FOR DATE **100114**  SET FOR TIME **0900**  SET TYPE **OTHE**  PASSED TO DATE _____

SET DISPOSITION CODE \_\_  PASSED GENERALLY \_  COMMENTS **OVERRULE/MOT_NEW_TRIAL**

STATES RECOMMENDATION _____.        REC NO **01**     \_

## NAMES

**B070**

ASSOCIATED NAME **KITA,_MATTHEW_2146991863**_____     NAME REF CODE **AA1406270**

CT APPOINTED \_  BAR NO **24050883** BOND MAKER \_  DT BOND MADE _____     \_

**B070**

ASSOCIATED NAME **LACY,_WAYNE_2146531317**_____     NAME REF CODE **CD1310300**

CT APPOINTED \_  BAR NO **11787200** BOND MAKER \_  DT BOND MADE _____     \_

**B070**

ASSOCIATED NAME **PRYOR_CHRIS**_____  NAME REF CODE **LP1311120**

CT APPOINTED \_  BAR NO _____  BOND MAKER \_  DT BOND MADE _____     \_

## CHARGE

**C010**

DEF NAME **PINK_REGINALD_KEITH**_____  OFFENSE CD **RB000000** STATE CD **12990002**\_\_

DESC **AGG_ROBBERY**_____  COMT **3RD_F**_____  TYP/CL **F 1** GOC \_

GJ COURT **FU**  CURRENT COURT **FT**  PREVIOUS COURTS _____  CHOV DT _____

NEXT

¢JI66     DA CASE ID **F-1372123**          JUDCL CASE ID **F-1372123**

          A010 DEF NAME **PINK RE**        C010 DEF NAME **PINK RE**

                              DISPOSITION

C020-01-02                                              CT DISP NO **01**

VERDICT DATE **062714** BY **JG** DISP **PGJG** TC __ DISM TYP ____ VOL **616** PAGE **599**_

SENTENCE DATE **062714** BY **JG** TO **L** YEARS ____ MTHS ____ DAYS ____ HOURS ____

SENTENCE TO BEGIN **062714** SENTENCE VOL ___ PAGE ____ DISCHARGE **N** TYPE _ NUM __

PROBATED SENTENCE TO _ YEARS ____ MONTHS ____ DAYS ____      MULT SENT **C**

PROBATED FOR  YEARS ____ MONTHS ____ DAYS ____ PROBATION START DATE _____

SPEC COND 1 __ _____ FOR ___ _ 2 __ _____ FOR ___ _

FINE CODE _ AMT _____0.00  COST CODE _ AMT ____0.00  PAYMENT DUE _____

                         REDUCED/ENHANCED CHARGE

DESC _____ COMT _____ TYP/CL _ _ GOC _

          COUNTY CODE _____   STATE CODE _____

PROBATION REVOCATION FILE DATE _____ WARRANT ISSUED DATE _____

DISPOSITION COMMENT 092613-062714_____ _

                              MOTIONS

C020-30                                                CT DISP NO **01**

DT FILED **071614** MOTN TYPE **MNT** MOTN PENDING _ STATEMENT OF FACTS FILED _

DESC **MOT/NEW_TRIAL_FILED**_____ SENT PENDING _ DISPOSED DT **090514** TYPE **D**

COMMENT **MTN/NEW_TRIAL_DENIED_617/802**__                    REC NO **30** _

                               NEXT

¢JI66       DA CASE ID **F-1372123**        JUDCL CASE ID **F-1372123**

            A010 DEF NAME **PINK RE**          C010 DEF NAME **PINK RE**

                                APPEALS

**C020-50**                                           CT DISP NO **01**

DATE APPEAL MADE **062714** COPY STATEMENT OF FACTS FILED **000000** EXTENDED **000000**

DESIGNATION OF RECORD   DEFENSE **071614** STATE **000000** TRANSCRIPT FILED **082614**

OBJECTION **000000** DATE NOTICE SENT **000000**

DATE SENT TO APPEALS **000000** OPINION DATE **052715** MANDATE RECEIVED **000000** DISP _

MANDATE ENFORCED DATE **000000** APPEAL WITHDRAWN **000000** CT REPORTER INITIALS **BB**_

APPEAL REF CODE **0150**                              REC NO **50**          _

                        GENERAL COMMENTS

 C080 062714_WAIVER_OF_JURY_616/600;_2ND&3RD_TRUE-TRUE_2ND&3RD;_FINDINGS_OF_DEAD

LY_WEAPON_FIREARM_____       DATE **062714**                       _

 C080 062714_DEFT_EXCEPTS_AND_GIVES_NOTICE_OF_APPEALS_TO_THE_COURT_OF_APPEALS_5T

H_DISTRICT_DALLAS_____       DATE **071614**                       _

 C080 08062014_REPORTER'S_REC_/JR_____

_____       DATE **080614**                       _

 C080 08/20/2014_REPORTER'S_REC_CHECKED_OUT_BY,_MATTHEW_J._KITA_/JR_____

_____       DATE **082014**                       _

                            NEXT

DA CASE ID **F-1372123**        JUDCL CASE ID **F-1372123**

A010 DEF NAME **PINK RE**       C010 DEF NAME **PINK RE**

GENERAL COMMENTS

C080 08/26/2014_CLERK'S_REC_FILED_5TH_COA_/JR_____

_____    DATE **082614**                              —

C080 _____

_____    DATE **082614**                              —

C080 101014_DESIGNATION_OF_ITEMS_FOR_SUPPLEMENTAL_CLERK'S_RECORD_____

_____    DATE **101414**                              —

C080 10/21/2014_SUPPLEMENTAL_CLERK'S_REC_FILED_5TH_COA_/JR_____

_____    DATE **102114**                              —

C080 11/03/2014_REPORTER'S_REC_RET_BY,_MATTHEW_J._KITA_/JR_____

_____    DATE **110314**                              —

NEXT

¢JI66

DA CASE ID **F-0955346**
A010 DEF NAME **PINK RE**
J U D I C I A L   I N F O R M A T I O N

JUDCL CASE ID **F-0955346**
C010 DEF NAME **PINK RE**

**A010-020-030-040**

DEF NAME **PINK_REGINALD_KEITH**       FILE DATE 06150

RACE **B** SEX **M** DOB **09151962** AGE **52**

DEF ADR1 **646_LACEWOOD**     AC ___ PH ___ SS ___

DEF CITY **DALLAS**    ST **TX** ZIP **75224** DLNUM ___ DLST ___

OFF **AGG_ROBBERY**    DT **051609** TYP/CL **F 1** GOC/CAT _ _ CODE **RB000000**

COMT **F_3RD**    SID NUM **03736319** OF AMT ___

COMPLAINANT ___    TAPE # ___ ARREST DATE 0530

JUV STAT **N** REPEAT OFFENDER **N** CAREER OFFENDER **N** ORIG-LOC **DSO** CURR-LOC

FILING AGENCY **TXDPD0000** SER/CAS NO **139918W** ARREST NUM ___

LAI NUM **493406** AIS/DSO NO **1828536** BOOKIN NUM **13063777**

JP FILE DATE **000000** JP CASE ID ___ JP COURT ID __ FED _ EVH _ AFF

MAGISTRATE DATE **030213** MAGIS COURT **94** MAGIS JUDGE **RANDALL** BOUND OVER

EXAM TRIAL DATE **000000** EXAM COURT __ EXAM JUDGE ___ IND METH **IN**

GJ/H/R DT **072309** H GJ# **1113_B2** GJ/W/FILE **072809** GJ DS **T** DA DSP **A** ACC **Y** REAS _

DA DISPOS DATE **061509** MISDEMEANOR REDUCTION _ SENTENCE PROBATED _

JUDCL CASE ID **F-0955346** GJ CT **FI** PROS STAT **C 745** PROS NAME **RILEY_AUDRA** _

COURT ASSIGNED TO **FT** DATE ASSIGNED **053009** ASSIGNED BY **O** REASON **B**

PRECEEDING DA CASE ID ___ SUCCEEDING DA CASE ID ___

TRN **9174946080** TRS **A001** WARRANT STATUS **A** STATE OFF CD **12990002**

NEXT

✳ see page 14 for (1-23-14) hearing

pg 1.

¢JI66    DA CASE ID **F-0955346**    JUDCL CASE ID **F-0955346**
         A010 DEF NAME **PINK RE**    C010 DEF NAME **PINK RE**
                              BONDS
**B050**
DATE BOND SET **053009**   AMT _**150000.00**   TYPE __   SET BY COURT **OM**   JUDGE **VICKERY**__
                                                                        REC NO **01**
**B050**
DATE BOND SET **032813**   AMT _____**0.00**   TYPE __   SET BY COURT **94**   JUDGE **RANDALL**__
                                                                        REC NO **02**
                        SETS AND PASSES

**B060**
SET FOR DATE **040201**   SET FOR TIME **0900**   SET TYPE **ANNO**   PASSED TO DATE _____
SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____
STATES RECOMMENDATION _____   REC NO **01**
**B060**
SET FOR DATE **080709**   SET FOR TIME **0900**   SET TYPE **FIRS**   PASSED TO DATE _____
SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____
STATES RECOMMENDATION _____   REC NO **01**
                              NEXT

SETS AND PASSES

**B060**

SET FOR DATE **081209**    SET FOR TIME **0900**    SET TYPE **ANNO**    PASSED TO DATE _____
SET DISPOSITION CODE ___    PASSED GENERALLY _    COMMENTS _____
STATES RECOMMENDATION _____     REC NO **01**

**B060**

SET FOR DATE **081809**    SET FOR TIME **0900**    SET TYPE **ANNO**    PASSED TO DATE _____
SET DISPOSITION CODE ___    PASSED GENERALLY _    COMMENTS _____
STATES RECOMMENDATION _____     REC NO **01**

**B060**

SET FOR DATE **081909**    SET FOR TIME **0900**    SET TYPE **OTHE**    PASSED TO DATE _____
SET DISPOSITION CODE ___    PASSED GENERALLY _    COMMENTS **FTA**
STATES RECOMMENDATION _____     REC NO **01**

**B060**

SET FOR DATE **082609**    SET FOR TIME **0900**    SET TYPE **ANNO**    PASSED TO DATE _____
SET DISPOSITION CODE ___    PASSED GENERALLY _    COMMENTS _____
STATES RECOMMENDATION _____     REC NO **01**

NEXT

3.

¢JI66          DA CASE ID **F-0955346**          JUDCL CASE ID **F-0955346**
                A010 DEF NAME **PINK RE**          C010 DEF NAME **PINK RE**

**B060**
SET FOR DATE **090209**     SET FOR TIME **0900**     SET TYPE **ANNO**     PASSED TO DATE _____
SET DISPOSITION CODE ___     PASSED GENERALLY _     COMMENTS _____
STATES RECOMMENDATION _____          REC NO **01**
    **B060**
SET FOR DATE **090909**     SET FOR TIME **0900**     SET TYPE **ANNO**     PASSED TO DATE _____
SET DISPOSITION CODE ___     PASSED GENERALLY _     COMMENTS _____
STATES RECOMMENDATION _____          REC NO **01**
    **B060**
SET FOR DATE **092409**     SET FOR TIME **0900**     SET TYPE **ANNO**     PASSED TO DATE _____
SET DISPOSITION CODE ___     PASSED GENERALLY _     COMMENTS _____
STATES RECOMMENDATION _____          REC NO **01**
    **B060**
SET FOR DATE **092809**     SET FOR TIME **0900**     SET TYPE **ANNO**     PASSED TO DATE _____
SET DISPOSITION CODE ___     PASSED GENERALLY _     COMMENTS _____
STATES RECOMMENDATION _____          REC NO **01**
                                    NEXT

4.

**B060**

SET FOR DATE **100609**    SET FOR TIME **0900**    SET TYPE **INVE**    PASSED TO DATE _____
SET DISPOSITION CODE ___    PASSED GENERALLY _    COMMENTS _____
STATES RECOMMENDATION _____           REC NO **01**

**B060**

SET FOR DATE **101309**    SET FOR TIME **0900**    SET TYPE **ANNO**    PASSED TO DATE _____
SET DISPOSITION CODE ___    PASSED GENERALLY _    COMMENTS _____
STATES RECOMMENDATION _____           REC NO **01**

**B060**

SET FOR DATE **102309**    SET FOR TIME **0900**    SET TYPE **INVE**    PASSED TO DATE _____
SET DISPOSITION CODE ___    PASSED GENERALLY _    COMMENTS _____
STATES RECOMMENDATION _____           REC NO **01**

**B060**

SET FOR DATE **103009**    SET FOR TIME **0900**    SET TYPE **INVE**    PASSED TO DATE _____
SET DISPOSITION CODE ___    PASSED GENERALLY _    COMMENTS _____
STATES RECOMMENDATION _____           REC NO **01**

                                    NEXT

5

SETS AND PASSES

**B060**

SET FOR DATE **111009**    SET FOR TIME **0900**    SET TYPE **ANNO**    PASSED TO DATE _____

SET DISPOSITION CODE \_\_    PASSED GENERALLY \_    COMMENTS _____

STATES RECOMMENDATION _____    REC NO **01**

**B060**

SET FOR DATE **111909**    SET FOR TIME **0900**    SET TYPE **HEAR**    PASSED TO DATE _____

SET DISPOSITION CODE \_\_    PASSED GENERALLY \_    COMMENTS **WATCH_VIDEO**_____

STATES RECOMMENDATION _____    REC NO **01**

**B060**

SET FOR DATE **112309**    SET FOR TIME **0900**    SET TYPE **HEAR**    PASSED TO DATE _____

SET DISPOSITION CODE \_\_    PASSED GENERALLY \_    COMMENTS **VIDEO**_____

STATES RECOMMENDATION _____    REC NO **01**

**B060**

SET FOR DATE **113009**    SET FOR TIME **0900**    SET TYPE **ANNO**    PASSED TO DATE _____

SET DISPOSITION CODE \_\_    PASSED GENERALLY \_    COMMENTS _____

STATES RECOMMENDATION _____    REC NO **01**

NEXT

SETS AND PASSES

**B060**
SET FOR DATE **113009**    SET FOR TIME **0900**    SET TYPE **OTHE**    PASSED TO DATE _____
SET DISPOSITION CODE __      PASSED GENERALLY _      COMMENTS _____
STATES RECOMMENDATION _____      REC NO **02**

**B060**
SET FOR DATE **120109**    SET FOR TIME **0900**    SET TYPE **OTHE**    PASSED TO DATE _____
SET DISPOSITION CODE __      PASSED GENERALLY _      COMMENTS _____
STATES RECOMMENDATION _____      REC NO **01**

**B060**
SET FOR DATE **120709**    SET FOR TIME **0900**    SET TYPE **ANNO**    PASSED TO DATE _____
SET DISPOSITION CODE __      PASSED GENERALLY _      COMMENTS _____
STATES RECOMMENDATION _____      REC NO **01**

**B060**
SET FOR DATE **011410**    SET FOR TIME **0900**    SET TYPE **HEAR**    PASSED TO DATE _____
SET DISPOSITION CODE __      PASSED GENERALLY _      COMMENTS **MTS**_____
STATES RECOMMENDATION _____      REC NO **01**

NEXT

7.

DA CASE ID **F-0955346**
A010 DEF NAME **PINK RE**

JUDCL CASE ID **F-0955346**
C010 DEF NAME **PINK RE**

SETS AND PASSES

**B060**

SET FOR DATE **030410**      SET FOR TIME **0900**      SET TYPE **HEAR**      PASSED TO DATE **00000**
SET DISPOSITION CODE __      PASSED GENERALLY _      COMMENTS **PASSED_IN_ADVANCE**
STATES RECOMMENDATION _____      REC NO **01**

**B060**

SET FOR DATE **031110**      SET FOR TIME **0900**      SET TYPE **HEAR**      PASSED TO DATE _____
SET DISPOSITION CODE __      PASSED GENERALLY _      COMMENTS **MTS**
STATES RECOMMENDATION _____      REC NO **01**

**B060**

SET FOR DATE **032510**      SET FOR TIME **0900**      SET TYPE **ANNO**      PASSED TO DATE _____
SET DISPOSITION CODE __      PASSED GENERALLY _      COMMENTS _____
STATES RECOMMENDATION _____      REC NO **01**

**B060**

SET FOR DATE **051010**      SET FOR TIME **0900**      SET TYPE **PLEA**      PASSED TO DATE **00000**
SET DISPOSITION CODE __      PASSED GENERALLY _      COMMENTS **CATS_4/15**
STATES RECOMMENDATION _____      REC NO **01**

NEXT

8.

¢JI66     DA CASE ID **F-0955346**       JUDCL CASE ID **F-0955346**
          A010 DEF NAME **PINK RE**      C010 DEF NAME **PINK RE**
                          SETS AND PASSES
**B060**

ET FOR DATE **051410**     SET FOR TIME **0900**    SET TYPE **PLEA**     PASSED TO DATE _____
ET DISPOSITION CODE ___     PASSED GENERALLY _       COMMENTS **OPEN**_____
TATES RECOMMENDATION _____            REC NO **01**
   **B060**

ET FOR DATE **052110**     SET FOR TIME **0900**    SET TYPE **PLEA**     PASSED TO DATE _____
ET DISPOSITION CODE ___     PASSED GENERALLY _       COMMENTS **OPEN**_____
TATES RECOMMENDATION _____            REC NO **01**
   **B060**

ET FOR DATE **052410**     SET FOR TIME **0900**    SET TYPE **OTHE**     PASSED TO DATE _____
ET DISPOSITION CODE ___     PASSED GENERALLY _       COMMENTS **HELD_AT_ATTY'S_REQUES**
TATES RECOMMENDATION _____            REC NO **01**
   **B060**

ET FOR DATE **062510**     SET FOR TIME **0900**    SET TYPE **PLEA**     PASSED TO DATE _____
ET DISPOSITION CODE ___     PASSED GENERALLY _       COMMENTS **OPEN**_____
TATES RECOMMENDATION _____            REC NO **01**
                              NEXT

9.

SETS AND PASSES

**B060**

SET FOR DATE **040413**    SET FOR TIME **0830**    SET TYPE **STAT**    PASSED TO DATE _____
SET DISPOSITION CODE ___    PASSED GENERALLY _    COMMENTS _____
STATES RECOMMENDATION _____    REC NO **01**

**B060**

SET FOR DATE **041613**    SET FOR TIME **0830**    SET TYPE **STAT**    PASSED TO DATE _____
SET DISPOSITION CODE ___    PASSED GENERALLY _    COMMENTS _____
STATES RECOMMENDATION _____    REC NO **01**

**B060**

SET FOR DATE **042313**    SET FOR TIME **0830**    SET TYPE **STAT**    PASSED TO DATE _____
SET DISPOSITION CODE ___    PASSED GENERALLY _    COMMENTS _____
STATES RECOMMENDATION _____    REC NO **01**

**B060**

SET FOR DATE **042513**    SET FOR TIME **0900**    SET TYPE **PLEA**    PASSED TO DATE _____
SET DISPOSITION CODE ___    PASSED GENERALLY _    COMMENTS _____
STATES RECOMMENDATION _____    REC NO **01**

NEXT

10.

¢JI66    DA CASE ID **F-0955346**    JUDCL CASE ID **F-0955346**
A010 DEF NAME **PINK RE**    C010 DEF NAME **PINK RE**
SETS AND PASSES
**B060**
SET FOR DATE **050113**    SET FOR TIME **0845**    SET TYPE **DISP**    PASSED TO DATE **00000**
SET DISPOSITION CODE __    PASSED GENERALLY _    COMMENTS _____
STATES RECOMMENDATION _____    REC NO **01**
**B060**
SET FOR DATE **050613**    SET FOR TIME **0845**    SET TYPE **DISP**    PASSED TO DATE _____
SET DISPOSITION CODE __    PASSED GENERALLY _    COMMENTS _____
STATES RECOMMENDATION _____    REC NO **01**
**B060**
SET FOR DATE **051013**    SET FOR TIME **0845**    SET TYPE **DISP**    PASSED TO DATE _____
SET DISPOSITION CODE __    PASSED GENERALLY _    COMMENTS _____
STATES RECOMMENDATION _____    REC NO **01**
**B060**
SET FOR DATE **052013**    SET FOR TIME **0845**    SET TYPE **DISP**    PASSED TO DATE _____
SET DISPOSITION CODE __    PASSED GENERALLY _    COMMENTS _____
STATES RECOMMENDATION _____    REC NO **01**
NEXT

11.

**B060**
SET FOR DATE **052413**     SET FOR TIME **0845**     SET TYPE **DISP**     PASSED TO DATE _____
SET DISPOSITION CODE __       PASSED GENERALLY _       COMMENTS _____
STATES RECOMMENDATION _____          REC NO **01**

**B060**
SET FOR DATE **062113**     SET FOR TIME **0900**     SET TYPE **REVK**     PASSED TO DATE _____
SET DISPOSITION CODE __       PASSED GENERALLY _       COMMENTS _____
STATES RECOMMENDATION _____          REC NO **01**

**B060**
SET FOR DATE **100913**     SET FOR TIME **0815**     SET TYPE **VIOL**     PASSED TO DATE _____
SET DISPOSITION CODE __       PASSED GENERALLY _       COMMENTS _____
STATES RECOMMENDATION _____          REC NO **01**

**B060**
SET FOR DATE **110113**     SET FOR TIME **0830**     SET TYPE **STAT**     PASSED TO DATE _____
SET DISPOSITION CODE __       PASSED GENERALLY _       COMMENTS **AWAITING_NEW_INDICT**
STATES RECOMMENDATION _____          REC NO **01**

                           NEXT

**B060**
SET FOR DATE **112113**    SET FOR TIME **0830**    SET TYPE **STAT**    PASSED TO DATE _____
SET DISPOSITION CODE __         PASSED GENERALLY _       COMMENTS _____
STATES RECOMMENDATION _____          REC NO **01**
**B060**
SET FOR DATE **121013**    SET FOR TIME **0830**    SET TYPE **STAT**    PASSED TO DATE _____
SET DISPOSITION CODE __         PASSED GENERALLY _       COMMENTS _____
STATES RECOMMENDATION _____          REC NO **01**
**B060**
SET FOR DATE **010714**    SET FOR TIME **0830**    SET TYPE **STAT**    PASSED TO DATE _____
SET DISPOSITION CODE __         PASSED GENERALLY _       COMMENTS _____
STATES RECOMMENDATION _____          REC NO **01**
**B060**
SET FOR DATE **011614**    SET FOR TIME **0900**    SET TYPE **OTHE**    PASSED TO DATE _____
SET DISPOSITION CODE __         PASSED GENERALLY _       COMMENTS **ADMONISH**
STATES RECOMMENDATION _____          REC NO **01**
                                        NEXT

13.

SETS AND PASSES

B060
SET FOR DATE **012314** SET FOR TIME **0900** SET TYPE **PLEA** PASSED TO DATE _____
SET DISPOSITION CODE ___ PASSED GENERALLY _ COMMENTS **13063777**
STATES RECOMMENDATION _____ REC NO **01**

B060
SET FOR DATE **012714** SET FOR TIME **0900** SET TYPE **HEAR** PASSED TO DATE _____
SET DISPOSITION CODE ___ PASSED GENERALLY _ COMMENTS **ADMONISH**
STATES RECOMMENDATION _____ REC NO **01**

B060
SET FOR DATE **020314** SET FOR TIME **0900** SET TYPE **HEAR** PASSED TO DATE _____
SET DISPOSITION CODE ___ PASSED GENERALLY _ COMMENTS **ADMONISH**
STATES RECOMMENDATION _____ REC NO **01**

B060
SET FOR DATE **050814** SET FOR TIME **0900** SET TYPE **OTHE** PASSED TO DATE _____
SET DISPOSITION CODE ___ PASSED GENERALLY _ COMMENTS
STATES RECOMMENDATION _____ REC NO **01**

NEXT

14

¢JI66

SETS AND PASSES

**B060**
SET FOR DATE **051214**     SET FOR TIME **0900**     SET TYPE **PLEA**     PASSED TO DATE _____
SET DISPOSITION CODE __     PASSED GENERALLY _     COMMENTS _____
STATES RECOMMENDATION _____
                                                      REC NO **01**

**B060**
SET FOR DATE **060914**     SET FOR TIME **0900**     SET TYPE **OTHE**     PASSED TO DATE **00000**
SET DISPOSITION CODE __     PASSED GENERALLY _     COMMENTS _____
STATES RECOMMENDATION _____
                                                      REC NO **01**

**B060**
SET FOR DATE **062714**     SET FOR TIME **0900**     SET TYPE **SENT**     PASSED TO DATE _____
SET DISPOSITION CODE __     PASSED GENERALLY _     COMMENTS _____
STATES RECOMMENDATION _____
                                                      REC NO **01**

**B060**
SET FOR DATE **100114**     SET FOR TIME **0900**     SET TYPE **OTHE**     PASSED TO DATE _____
SET DISPOSITION CODE __     PASSED GENERALLY _     COMMENTS **OVERRULE_MOT/NEW_TRIA**
STATES RECOMMENDATION _____
                                                      REC NO **01**

                              NEXT

¢JI66

DA CASE ID **F-0955346**
A010 DEF NAME **PINK RE**

JUDCL CASE ID **F-0955346**
C010 DEF NAME **PINK RE**

NAMES

**B070**
ASSOCIATED NAME **KITA,_MATTHEW_2146991863_____**
CT APPOINTED _    BAR NO **24050883** BOND MAKER _    DT BOND MADE _____                NAME REF CODE **AA1406270**
**B070**
ASSOCIATED NAME **REYNOLDS_SANDRA_9727440444_____**
CT APPOINTED **Y**    BAR NO **00795611** BOND MAKER _    DT BOND MADE _____                NAME REF CODE **CD0906010**
**B070**
ASSOCIATED NAME **LACY,_WAYNE_2146531317_____**
CT APPOINTED _    BAR NO **11787200** BOND MAKER _    DT BOND MADE _____                NAME REF CODE **CD1309270**
**B070**
ASSOCIATED NAME **RILEY_AUDRA_____**
CT APPOINTED _    BAR NO _____ BOND MAKER _    DT BOND MADE _____                NAME REF CODE **LP0906150**
**B070**
ASSOCIATED NAME **DUPLANTIS,_STEPHEN_2147611398_____**
CT APPOINTED _    BAR NO **24052192** BOND MAKER _    DT BOND MADE _____                NAME REF CODE **PD1303130**

GENERAL COMMENTS

B080 032713_P/V_MTN_FILED;_WARRANT_ISSUED_NO_BOND_ALLOWED____

WS   DATE
A 032713 01    _

NEXT

¢JI66

GENERAL COMMENTS

| | | | WS | DATE |
|---|---|---|---|---|
| B080 062113 P/V MTN W/DRAWN; DEFT CONT ON PROB | | | R 062113 | 01 |
| B080 10/04/13 P/V CAPIAS ISSD N/B ALLOWED PER JDG MAGNIS | | | A 100413 | 01 |
| B080 101013 P/V MTN FILED | | | X 101013 | 01 |

CHARGE

C010

DEF NAME **PINK REGINALD KEITH**                    OFFENSE CD **RB000000** STATE CD **12990002**
DESC **AGG ROBBERY**                    COMT **F 3RD**          TYP/CL **F 1**  GOC
GJ COURT **FI**     CURRENT COURT **FT**     PREVIOUS COURTS _____ CHOV DT _____
NEXT

¢JI66

C020-01-02                              DISPOSITION

VERDICT DATE **062510** BY **JG** DISP **NAOG** TC __ DISM TYP ____ VOL **593** PAGE **907** CT DISP NO
SENTENCE DATE **062510** BY **JG** TO __ YEARS ____ MTHS ____ DAYS ____ HOURS
SENTENCE TO BEGIN **000000** SENTENCE VOL ___ PAGE ___ DISCHARGE **N** TYPE __ NUM
PROBATED SENTENCE TO **P** YEARS ____ MONTHS ____ DAYS ____ MULT SENT
PROBATED FOR YEARS **10** MONTHS ____ DAYS ____ PROBATION START DATE **000000**
SPEC COND 1 **SF** SAFEP _____ FOR **365 D** 2 __ _____ FOR __ _
FINE CODE **N** AMT ____**2000.00** COST CODE **N** AMT ___**490.00** PAYMENT DUE **000000**
                          REDUCED/ENHANCED CHARGE
DESC **ROBBERY** _____ COMT _____ TYP/CL **F 2** GOC _
          COUNTY CODE **RB000000** STATE CODE **12990001**
PROBATION REVOCATION FILE DATE **101013** WARRANT ISSUED DATE **100413**
DISPOSITION COMMENT _____

NEXT

¢JI66

DISPOSITION

**C020-01-02**

VERDICT DATE **062113** BY **JG** DISP **REVC** TC __ DISM TYP ____ VOL **610** PAGE **728** CT DISP NO

SENTENCE DATE ____ BY __ TO __ YEARS ____ MTHS ____ DAYS ____ HOURS ____

SENTENCE TO BEGIN ____ SENTENCE VOL ____ PAGE ____ DISCHARGE **N** TYPE __ NUM __

PROBATED SENTENCE TO __ YEARS ____ MONTHS ____ DAYS ____ MULT SENT __

PROBATED FOR YEARS ____ MONTHS ____ DAYS ____ PROBATION START DATE ____

SPEC COND 1 __ _____ FOR __ __ 2 __ _____ FOR __ __

FINE CODE __ AMT ____0.00 COST CODE __ AMT ____0.00 PAYMENT DUE ____

REDUCED/ENHANCED CHARGE

DESC _____ COMT _____ TYP/CL __ __ GOC __

COUNTY CODE _____ STATE CODE _____

PROBATION REVOCATION FILE DATE ____ WARRANT ISSUED DATE ____

DISPOSITION COMMENT _____

NEXT

¢JI66

C020-01-02                    DISPOSITION

VERDICT DATE **062714** BY **JG** DISP **REVK** TC __ DISM TYP ____     CT DISP NO '
SENTENCE DATE **062714** BY **JG** TO **L** YEARS ____ MTHS ____ DAYS ____ HOURS ____     VOL **616** PAGE **596**
SENTENCE TO BEGIN **062714** SENTENCE VOL ____ PAGE ____ DISCHARGE **N** TYPE __ NUM
PROBATED SENTENCE TO _ YEARS ____ MONTHS ____ DAYS ____
PROBATED FOR YEARS ____ MONTHS ____ DAYS ____     MULT SENT **C**
SPEC COND 1 __ _____ FOR ___ __ 2 __ _____ FOR ___ __     PROBATION START DATE **000000**
FINE CODE _ AMT _____**0.00** COST CODE **N** AMT __**590.00** PAYMENT DUE _____
                    REDUCED/ENHANCED CHARGE
DESC **ROBBERY**_____ COMT _____ TYP/CL **F 2** GOC __
        COUNTY CODE **RB000000** STATE CODE **12990001**
PROBATION REVOCATION FILE DATE _____ WARRANT ISSUED DATE _____
DISPOSITION COMMENT 053009-072810;_030213-062213;_092613-062714____
                    MOTIONS

C020-30
DT FILED **071614** MOTN TYPE **MNT** MOTN PENDING _     CT DISP NO
DESC **MOT/NEW_TRIAL_FILED**_____     STATEMENT OF FACTS FILED
                    SENT PENDING _     DISPOSED DT **090514** TYPE **D**
COMMENT **MTN/NEW_TRIAL_DENIED_617/802**__
                    NEXT     REC NO **30**

¢JI66

APPEALS

C020-50

DATE APPEAL MADE **062714** COPY STATEMENT OF FACTS FILED **000000** EXTENDED **000000**    CT DISP NO
DESIGNATION OF RECORD   DEFENSE **071614** STATE **000000** TRANSCRIPT FILED **082614**
OBJECTION **000000** DATE NOTICE SENT **000000**
DATE SENT TO APPEALS **000000** OPINION DATE **052715** MANDATE RECEIVED **000000** DISP
MANDATE ENFORCED DATE **000000** APPEAL WITHDRAWN **000000** CT REPORTER INITIALS **BB**
APPEAL REF CODE **0350**
REC NO 50

GENERAL COMMENTS

C080 062510_WAIVER_OF_JURY_593/908

DATE 062510

C080 062510_TRUE_TO_2ND_AND_3RD;_2ND_AND_3RD_FOUND_TRUE

DATE 062510

C080 061511_E/O_MOD_COND_OF_PROB_599/347

DATE 061511

C080 030712_E/O_MOD_COND_PROB_603/852

DATE 030712

NEXT

‹JI66

DA CASE ID **F-0955346**
A010 DEF NAME **PINK RE**

JUDCL CASE ID **F-0955346**
C010 DEF NAME **PINK RE**

GENERAL COMMENTS

C080 062714_DEFT_EXCEPTS_AND_GIVES_NOTICE_OF_APPEAL_TO_THE_COURT_OF_APPEALS_5TH
_DISTRICT_DALLAS
DATE 071614

C080 08062014_REPORTER'S_REC_/JR
DATE 080614

C080 08/20/2014_REPORTER'S_REC_CHECKED_OUT_BY,_MATTHEW_J._KITA_/JR
DATE 082014

C080 08/26/2014_CLERK'S_REC_FILED_5TH_COA_/JR
DATE 082614

C080 101014_DESIGNATION_OF_ITEMS_FOR_SUPPLEMENTAL_CLERK'S_RECORD
DATE 101414

C080 10/21/2014_SUPPLEMENTAL_CLERK'S_REC_FILED_5TH_COA_/JR
DATE 102114

C080 11/03/2014_REPORTER'S_REC_RET_BY,_MATTHEW_J._KITA_/JR
DATE 110314

NEXT

ND Pink #1938997
Unit
1 Emily Drive
xas 78102



Texas Court of Criminal Appeals
c/o Abel Acosta, Clerk
Capitol Station
P.O. Box 12308
Austin, Texas 78711-2308